UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE FREEMAN,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | No. 24-cv-6933 |
| : | |
| **ALLENTOWN SCHOOL DISTRICT,** : | |
|     **Defendant.** : | |

# O R D E R

**AND NOW**, this 14th day of February, 2025, upon consideration of Plaintiff Denise Freeman's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to restrict the Complaint (ECF No. 2), including all exhibits attached thereto, to Case Participants View Only because it contains, *inter alia*, information about minor children. Freeman must refrain from including sensitive personal information in future filings.

4. The Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum as follows:

    a. Any claims raised on behalf of Freeman's granddaughter, AF, are **DISMISSED WITHOUT PREJUDICE**;[1] and

---

[1] Although these claims are being dismissed without prejudice to protect the interests of the minor, leave to amend the instant action is denied for the reasons set forth in the Memorandum.

      b. Freeman's claims on her own behalf are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*

**JOSEPH F. LEESON, JR.**
**United States District Judge**